UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAX WAIT,  File No. 1:20-cv-1012

Plaintiff,  Hon. Hala Y. Jarbou

v.

KNOLL, INC.,

    Defendant.

| | |
|---|---|
| H. Rhett Pinsky (P18920)<br>Pinsky, Smith, Fayette & Kennedy, LLP<br>146 Monroe Center St., NW - Suite 805<br>Grand Rapids, MI 49503<br>(616) 451-8496<br><br>Attorneys for Plaintiff | Timothy J. Ryan (P40990)<br>Linda L. Ryan (P67686)<br>JACKSON LEWIS, PC<br>61 Commerce Ave<br>Grand Rapids, MI 49503<br>(616) 940-0233<br>Attorneys for Defendant |

**STIPULATION TO DISMISS**

The Court, on stipulation of the parties hereby, ORDERS that this case is DISMISSED with prejudice and without costs or attorneys' fees to either party.

IT IS SO ORDERED

Dated:  July 7, 2021

    /s/ Hala Y. Jarbou
    HALA Y. JARBOU
    UNITED STATES DISTRICT JUDGE

Approved for Entry:

                                              Respectfully Submitted,

Dated:  July 2, 2021            By:   /s/ H. Rhett Pinsky
                                                    H. Rhett Pinsky (P18920)
                                                    Attorney for the Plaintiff

Dated:  July 2, 2021            By:   /s/ Timothy J. Ryan
                                                    Timothy J. Ryan (P40990)
                                                    Attorney for the Defendant